JULIE M. MCCOY, Bar no. 129640
485 E. 17TH ST.  SUITE 111
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax: (949) 722-8416

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>ANGELA M. ALEXANDER,<br><br>              Defendant | No. CV A 08-5939<br><br><br>CONSENT JUDGMENT |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Angela M. Alexander, in the principal amount of $1,476.26 plus interest accrued to August 6, 2008, in the sum of $1,192.16; with interest accruing thereafter at 5% annually until entry of judgment, administration costs in the amount of $16.00, for a total amount of **$2,684.42**.

DATED: **09/29/2008**

By: **TERRY NAFISI**
Clerk of the Court

**A. KANNIKE**
Deputy Clerk
United States District Court

Page 5